# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | Case No. 2:20-cv-04624 |
| v. | : : | Chief Judge Algenon L. Marbley |
| THE OHIO STATE UNIVERSITY, | : : | Magistrate Judge Kimberly A. Jolson |
| Defendant. | : : | |

Jury Trial Day 1
Monday, February 27, 2023
before Chief Judge Algenon L. Marbley

| | |
|---|---|
| For the Plaintiff: | Joshua Zugerman and Ashley Martin |
| For the Defendant: | Christina Corl |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Diane Stash |

| | |
|---|---|
| 9:00 a.m. | Prospective jurors sworn in and Voir Dire begins |
| 12:00 p.m. | Jury selected and sworn in |
| 12:15 p.m. | Lunch break |
| 2:00 p.m. | Preliminary jury instructions given |
| 2:30 p.m. | Opening statement by the Plaintiff (Joshua Zugerman) |
| 2:45 p.m. | Opening statement by the Defendant (Christina Corl) |
| 4:00 p.m. | Court adjourned until 9:00 a.m. on Tuesday, February 28, 2023 |

Alan Knox called by Plaintiff.  Direct examination by Mr. Zugerman.  Mr. Knox testified to Exhibits J03, J15, J16, J18, P11, P25, P26.

Admitted Exhibits:

Joint Exhibit J03
Joint Exhibit J15
Joint Exhibit J16
Joint Exhibit J18

Plaintiff's Exhibit P11
Plaintiff's Exhibit P25
Plaintiff's Exhibit P26