# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | Case No. 2:20-cv-04624 |
| v. | : : | Chief Judge Algenon L. Marbley |
| THE OHIO STATE UNIVERSITY, | : : : | Magistrate Judge Kimberly A. Jolson |
| Defendant. | : : | |

Jury Trial Day 2
Tuesday, February 28, 2023
before Chief Judge Algenon L. Marbley

For the Plaintiff:     Joshua Zugerman and Ashley Martin
For the Defendant:     Christina Corl
Court Reporter:     Shawna Evans
Courtroom Deputy:     Diane Stash

9:00 a.m.     Jury Trial Day 2 commenced
12:15 p.m.     Lunch break
1:15 p.m.     Court resumed
5:00 p.m.     Court adjourned until 9:00 a.m. on Wednesday, March 1, 2023

Continued direct examination of Mr. Knox by Mr. Zugerman. Mr. Knox testified to Joint Exhibits J07, J14, Plaintiff's Exhibits P27, P28, P29. Cross-examination by Ms. Corl. Mr. Knox testified to Defendant's Exhibits 8, 10, 11, Plaintiff's Exhibit 11. Redirect examination by Mr. Zugerman.

Jonathan Parry called by Plaintiff. Cross-examination by Ms. Martin. Mr. Parry testified to Plaintiff's Exhibits P01, P02, P11, P12, Joint Exhibit J02. Direct examination by Ms. Corl. Mr. Parry identified to Plaintiff's Exhibits P01, P02, P11.

Jennifer Lagnese called by the Plaintiff. Cross-examination by Mr. Zugerman. Ms. Lagnese testified to Joint Exhibits J16, J17, J18. Direct examination by Ms. Corl.

Jodie Renshaw called by the Plaintiff. Cross-examination by Mr. Zugerman. Direct examination by Ms. Corl. Re-cross examination by Mr. Zugerman.

Adam Daniels called by the Plaintiff.  Cross-examination by Ms. Martin.  Mr. Daniels testified to Joint Exhibits J04, J05, J07, J08, J09, J14, J16, J23, Plaintiff's Exhibit P03.  Direct examination by Ms. Corl.  Mr. Daniels testified to Joint Exhibit J07.  Re-cross examination by Ms. Martin.

Admitted Exhibits:

Joint Exhibit J02
Joint Exhibit J04
Joint Exhibit J05
Joint Exhibit J07
Joint Exhibit J08
Joint Exhibit J09
Joint Exhibit J14
Joint Exhibit J17
Joint Exhibit J23

Plaintiff's Exhibit P01
Plaintiff's Exhibit P02
Plaintiff's Exhibit P03
Plaintiff's Exhibit P12
Plaintiff's Exhibit P27
Plaintiff's Exhibit P28
Plaintiff's Exhibit P29

Defendant's Exhibit 8
Defendant's Exhibit 11