# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : : : | |
| | : | **Case No. 2:20-cv-04624** |
| **Plaintiff,** | : : | **Chief Judge Algenon L. Marbley** |
| **v.** | : : | **Magistrate Judge Kimberly A. Jolson** |
| **THE OHIO STATE UNIVERSITY,** | : : | |
| **Defendant.** | : | |

Jury Trial Day 3
Wednesday, March 1, 2023
before Chief Judge Algenon L. Marbley

| | |
|---|---|
| For the Plaintiff: | Joshua Zugerman and Ashley Martin |
| For the Defendant: | Christina Corl |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Diane Stash |

| | |
|---|---|
| 9:00 a.m. | Jury Trial Day 3 commenced |
| 12:15 p.m. | Lunch break |
| 1:15 p.m. | Court resumed |
| 2:00 p.m. | Court adjourned until 9:00 a.m. on Thursday, March 2, 2023 |

Terra Metzger called by the Plaintiff.  Cross-examination of Ms. Metzger by Mr. Zugerman.  Ms. Metzger testified to Joint Exhibit J20.  Direct examination by Ms. Corl.  Re-cross examination by Mr. Zugerman.

Outside the presence of the jury, Defendant moved for a Rule 50 Judgment as a Matter of Law and counsel presented oral argument regarding same.  After consideration, the Court denied the motion.

Jackie Chambers called by the Defendant.  Direct examination by Ms. Corl.  Ms. Chambers testified to Defendant's Exhibit 3, Joint Exhibit J03.  Cross-examination by Mr. Zugerman.  Ms. Chambers testified to Plaintiff's Exhibits P02, P11, P12, Joint Exhibits J01 J02, J03, J16, J18.  Redirect examination by Ms. Corl.  Ms. Chambers testified to Joint Exhibits J02, J03.  Re-cross examination by Mr. Zugerman.

Bryan Lenzo called by the Defendant.  Direct examination by Ms. Corl.  Mr. Lenzo testified to Defendant's Exhibit 12.  Cross-examination by Ms. Martin.  Mr. Lenzo testified to Joint Exhibits J01, J18, J21, Plaintiff's Exhibit 13.

Admitted Exhibits:

Joint Exhibit J01
Joint Exhibit J20
Joint Exhibit J21

Defendant's Exhibit 12

Plaintiff's Exhibit P13