**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **THE OHIO STATE UNIVERSITY**, <br><br> Defendant. | Case No. 2:20-cv-04624-ALM-KAJ <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson |

**JOINT STIPULATION**

The parties, by their respective undersigned counsel and in accordance with their discussions during the Court's Pretrial Conference, hereby stipulate and agree:

1. Plaintiff's Failure to Hire Claim is limited to the Human Resources Generalist position with Human Sciences in the College of Education and Human Ecology (Requisition Number 445794) to which Alan Knox applied but for which he was not hired.

2. Defendant withdraws its Response in Opposition to Plaintiff's Motion to Exclude Reference to Plaintiff's Multiple Failure to Hire Claims, ECF No. 112, to Plaintiff's Motion *in Limine* to Exclude Evidence and Argument About EEOC's Non-Pursuit of Certain Failure-to-Hire Claims and All Evidence and Argument Pertaining to Those Claims, ECF No. 97.

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

DEBRA M. LAWRENCE
Regional Attorney

*/s/ Maria Luisa Morocco*
Maria Luisa Morocco
Assistant Regional Attorney
EEOC, Washington Field Office
131 M Street, N.E. Suite 4NW02F
Washington, D.C. 20507
Phone: 202-419-0724

maria.morocco@eeoc.gov

*/s/ Joshua E. Zugerman*
JOSHUA E. ZUGERMAN
Senior Trial Attorney
U.S. EEOC, Philadelphia District Office
801 Market Street, Suite 1000
Philadelphia, PA 19107
Phone: 267-589-9763
Fax: 215-440-2848
joshua.zugerman@eeoc.gov

*/s/ Ashley M. Martin*
Ashley Martin
Senior Trial Attorney
U.S. EEOC, Washington Field Office
131 M Street, N.E. Suite 4NW02F
Washington, D.C. 20507
Phone: 202-419-0749
Fax: 202-653-6053
ashley.martin@eeoc.gov

**CERTIFICATE OF SERVICE**

I, Joshua Zugerman, certify that on March 1, 2023, I caused the foregoing Joint Stipulation to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all parties of record.

*/s/ Joshua E. Zugerman*
JOSHUA E. ZUGERMAN
Senior Trial Attorney
U.S. EEOC, Philadelphia District Office
801 Market Street, Suite 1000
Philadelphia, PA 19107
Phone: 267-589-9763
Fax: 215-440-2848
joshua.zugerman@eeoc.gov