# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : <br> :    **Case No. 2:20-cv-04624** |
| **Plaintiff,** | : |
| | :    **Chief Judge Algenon L. Marbley** |
| v. | : |
| | :    **Magistrate Judge Kimberly A. Jolson** |
| THE OHIO STATE UNIVERSITY, | : |
| | : |
| **Defendant.** | : |

Jury Trial Day 4
Thursday, March 2, 2023
before Chief Judge Algenon L. Marbley

| | |
|---|---|
| For the Plaintiff: | Joshua Zugerman and Ashley Martin |
| For the Defendant: | Christina Corl |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Diane Stash |

| | |
|---|---|
| 9:00 a.m. | Jury Trial Day 4 commenced |
| 12:15 p.m. | Court adjourned until 9:00 a.m. on Monday, March 6, 2023 |

Dr. Ashley Hirashima called by the Plaintiff. Direct examination by Ms. Martin. Dr. Hirashima testified to Joint Exhibits 13, 25, 26, 27, Plaintiff's Exhibits P09, P10, P16, P17, P30, Demonstrative Exhibits 2 and 3. Cross-examination by Ms. Corl. Dr. Hirashima testified to Plaintiff's Exhibit P09, Demonstrative Exhibit 2.

Alex Constable called by the Defendant. Direct examination by Ms. Corl. Mr. Constable testified to Demonstrative Exhibit 2. Cross-examination by Ms. Martin. Mr. Constable testified to Demonstrative Exhibits 2, 4.

Admitted Exhibits:

Joint Exhibit 13
Joint Exhibit 25
Joint Exhibit 26
Joint Exhibit 27

Plaintiff's Exhibit P09
Plaintiff's Exhibit P10
Plaintiff's Exhibit P16
Plaintiff's Exhibit P17
Plaintiff's Exhibit P30