# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| | : | **Case No. 2:20-cv-04624** |
| **Plaintiff,** | : : | |
| | : | **Chief Judge Algenon L. Marbley** |
| v. | : : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| THE OHIO STATE UNIVERSITY, | : : | |
| **Defendant.** | : : | |

Jury Trial Day 5
Monday, March 6, 2023
before Chief Judge Algenon L. Marbley

| | |
|---|---|
| For the Plaintiff: | Joshua Zugerman and Ashley Martin |
| For the Defendant: | Christina Corl |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Scott Miller |

| | |
|---|---|
| 9:00 a.m. | Jury Trial Day 5 commenced |
| 12:00 p.m. | Jury excused for deliberations |
| 3:40 p.m. | Jury returned for reading of the verdict |
| 3:50 p.m. | Court adjourned |

Mr. Zugerman presented closing argument on behalf of the Plaintiff.  Ms. Corl presented closing argument on behalf of the Defendant.  Mr. Zugerman presented rebuttal closing argument on behalf of the Plaintiff.

Jury instructions given by Chief Judge Marbley.

Jury verdict published.

The jury found in favor of the defendant.