IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : |
| Plaintiff, | : Case No. 2:20-cv-04624 : |
| v. | : Chief Judge Algenon L. Marbley : Magistrate Judge Kimberly A. Jolson |
| THE OHIO STATE UNIVERSITY, | : : |
| Defendant. | : |

## VERDICT AND DAMAGES

Claim 1:

1. Do you find by a preponderance of the evidence that Alan Knox's age was the reason Defendant, The Ohio State University, terminated him?

_____ Yes    ____X____ No

If your answer to Question No. 1 is "Yes," then answer the next three questions.

If your answer to Question No. 1 is "No," do not answer the following questions and proceed to Claim 2.

2. What amount of lost backpay did Alan Knox sustain as a result of Defendant terminating him because of his age?

$_____

3. What amount of pension benefits from Defendant did Alan Knox lose as a result of Defendant terminating him because of his age?

$_____

4. Do you find by a preponderance of the evidence that Defendant willfully violated the law when it terminated Alan Knox?

_____ Yes       _____ No

Claim 2:

1. Do you find by a preponderance of the evidence that Alan Knox's age was the reason Defendant, The Ohio State University, did not rehire him?

_____ Yes     \_\_\_\_X\_\_\_\_ No

If your answer to Question No. 1 is "Yes," then answer the next three questions.

If your answer to Question No. 1 is "No," then do not answer the following questions.

2. What amount of lost backpay did Alan Knox sustain as a result of Defendant failing to rehire him because of his age?

$_____

3. What amount of pension benefits from Defendant did Alan Knox lose as a result of Defendant failed to rehire him because of his age?

$ _____

4. Do you find by a preponderance of the evidence that Defendant willfully violated the law when it failed to rehire Alan Knox?

_____ Yes    _____ No

We the jury so render our verdict upon the concurrence of those members who have signed below.  All jurors must agree.  Each juror concurring in this verdict sign his/her name hereto.

SIGNED THIS __6__ DAY OF __March__, 2023