AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:20-cv-4624 |
| The Ohio State University | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  The jury returned a verdict in favor of the defendant on March 6, 2023.

This action was *(check one)*:

☒ tried by a jury with Judge  Algenon L. Marbley  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  03/06/2023

*Issuing officer's signature*, Deputy Clerk

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*